MAE LESCH, Respondent, v. LEONARD LESCH, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMMA WARNKE, Appellant, Respondent, v. ELIZABETH WARNKE, Respondent, Appellant.— Order affirmed, without costs. No opinion. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

DAVID J. Ross, Respondent, v. WILLIAM H. BARRETT, as President of THE ADAMS EXPRESS COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Putnam, Kelly and Jaycox, JJ.

R. NELSON SPATES, Respondent, v. HARRY H. MOSES, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

SUNRISE STORAGE AND WAREHOUSE CORPORATION, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

JOHN RICHARD THORNDIKE, Respondent, v. THOMAS W. LUDLOW and Others, Appellants, Impleaded with HARRIET K. LUDLOW and Another, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Putnam, Blackmar and Jaycox, JJ.

TRAUB-SCHOENBACH AMUSEMENT COMPANY, INC., Appellant, v. HARRY TRAUB and Others, Respondents.— We are of the opinion the title to the lease, the subject of this action, is vested in plaintiff, which is the proper party plaintiff to enforce the cause of action, and the demurrer to the second separate defense is sustained. The demurrer to the first separate defense is also sustained. The order is, therefore, reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs, with leave to defendants to plead over within twenty days. Mills, Rich, Blackmar and Kelly, JJ., concur; Jaycox, J., not voting.

TRENT REALTY COMPANY, INC., Respondent, v. THE CITY OF NEW YORK and Others, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Blackmar and Kelly, JJ., concur; Jaycox, J., not voting.

HENRY VOLLWEILER, Respondent, v. THE CITY OF NEW YORK and Others, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Blackmar and Kelly, JJ., concur; Jaycox, J., not voting.

LAURA WASHINGTON, Appellant, v. WILLIAM BUCHANAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

ELIZABETH S. BRICKMAN, Appellant, v. HARRY BRICKMAN, Respondent.— Appeal dismissed, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.